HOUSEHOLD FINANCE CORPORATION, Respondent, *v.* JACK GOLD-
RING et al., Appellants.

Argued June 5, 1942; decided July 29, 1942.

*Archibald Bromsen* and *Irving S. Bobraw* for appellants.

*George Z. Medalie* and *John C. McDermott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.